JAMES B. McGOVERN, as Administrator, etc., of ROSE McGOVERN, Deceased, Respondent, v. MORRIS STEINBOCK, Appellant.— Judgment and order unanimously affirmed, with costs; the court being of the opinion that if there was an

error in the ruling of the trial court, in admitting certain evidence, such error did not affect a substantial right of the defendant; therefore, disregards the same under section 106 of the Civil Practice Act.